911 A.2d 66

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ALLEN BENOWITZ, DEFENDANT–PETITIONER.

November 22, 2006.

ORDERED that the petition for certification is granted, limited solely to defendant's sentence. On that issue, the matter is summarily remanded to the trial court for resentencing in light of the Court's decisions in *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005) and *State v. Pierce,* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).